**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**MILFORD LEE ROOP**                                                            **PLAINTIFF**

v.                                                 No. 1:17CV95-NBB-RP

**MDOC JOHN DOES**                                                **DEFENDANTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On June 18, 2017, the court entered an order requiring the plaintiff to inform the court of the name of the John Doe defendants who work at the Mississippi Department of Corrections. At present, the plaintiff has not identified any of the defendants in this case. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on July 28, 2017. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 1st day of November, 2017.

                                                             /s/ Neal Biggers
                                                             NEAL B. BIGGERS
                                                             SENIOR U. S. DISTRICT JUDGE